BUSSEY, Presiding Judge.

This is an appeal from a denial of post conviction relief in the trial court attacking the validity of the judgment and sentence entered in the District Court of Oklahoma County, Case No. 69–2854, wherein Freddie Hill, hereinafter referred to as defendant, was sentenced to serve five years imprisonment.

In denying the application for post conviction relief, the trial court noted that the defendant was represented by capable counsel of his own choice and was not deprived of any statutory or constitutional right.

Under the circumstances here presented, we are of the opinion that the appeal from denial of post conviction relief in the trial court should be, and the same is hereby denied. The trial court's ruling denying post conviction relief is accordingly affirmed.

NIX and BRETT, JJ., concur.

After considering the allegations filed in the trial court, the trial judge concluded that no new material facts were alleged that were not presented to this Court in the regular appeal from that conviction reported in 476 P.2d 378.

We have re-examined the opinion rendered by this Court in 476 P.2d 378, and are of the opinion that the trial court's ruling denying post conviction relief should be, and the same is hereby, affirmed.

NIX and BRETT, JJ., concur.

George Earl GRAHAM, Plaintiff in Error,

v.

The STATE of Oklahoma, Defendant in Error.

No. A–16761.

Court of Criminal Appeals of Oklahoma.

Sept. 1, 1971.

Frank EDWARDS, Jr., Petitioner,

v.

The STATE of Oklahoma, Respondent.

No. A–16840.

Court of Criminal Appeals of Oklahoma.

Sept. 1, 1971.

Frank Edwards, Jr., pro se.

Larry Derryberry, Atty. Gen., for respondent.

BUSSEY, Presiding Judge:

This is an appeal from a denial of post conviction relief in the District Court of Oklahoma County, challenging the legality of Petitioner's conviction in Oklahoma County District Court Case No. 34260.

